■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. WELCH, Also Known as BOBBY MARSHALL, Appellant.—Judgment unanimously affirmed for reasons stated in decision at Onondaga County Court, Cunningham, J. (Appeal from judgment of Onondaga County Court, Cunningham, J.—attempted burglary, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.